UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION | Case No. 3:05-MD-527-RM (MDL 1700) |
| THIS DOCUMENT RELATES TO: 3:08-cv-520 (*Campbell* - Nevada) | JUDGE MILLER |

**STIPULATION OF RECORD TO BE TRANSFERRED TO TRANSFEROR COURT**

On February 25, 2011, the Judicial Panel on Multidistrict Litigation ("JPML") ordered that this case be remanded to its transferor court, the United States District Court for the District of Nevada. (JPML 1700 Doc. No 172.) Pursuant to JPML Rule of Procedure 10.4(a), plaintiff and defendant FedEx Ground Package System, Inc. respectfully submit, as Exhibit A hereto, a list of the filings which the parties have agreed should constitute the record upon remand of this case to the transferor court.

While the parties have thoroughly reviewed the more than 2,500 entries in the master MDL docket, 3:05-md-527, and the individual case docket, 3:08-cv-520, to make a good-faith effort to identify all filings that are potentially applicable to this case upon remand, they stipulate that each party has the right to present any inadvertently-excluded filings to the transferor court. The parties further stipulate that the inclusion or exclusion of a particular filing in the attached list does not impact either party's ability to contest the filing's relevance to this case upon remand.

Dated: July 18, 2011.

                        Respectfully submitted,

| | |
|---|---|
| By: /s/Chris A. Hollinger | By: /s/ Brian R. Morris |
|     Chris A. Hollinger |     Brian R. Morris |
| | |
| Robert M. Schwartz | Brian R. Morris |
| Chris A. Hollinger | 59 Damonte Ranch Pky #B-221 |
| O'MELVENY & MYERS LLP | Reno, NV 89521 |
| 1999 Avenue of the Stars, Suite 700 | Tel: (775) 323-2800 |
| Los Angeles, CA 90067-6035 | |
| Tel: (310) 553-6700 | |
| Fax: (310) 246-6779 | |
| | |
| Thomas J. Brunner | |
| Alison G. Fox | |
| BAKER & DANIELS LLP | |
| 202 S. Michigan St. | |
| South Bend, IN 46601 | |
| Tel: (574) 234-4149 | |
| Fax: (574) 239-1900 | |
| | |
| *Defendant's Lead and Liaison Counsel* | *Plaintiff's Counsel* |

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on the 18th day of July, 2011, the foregoing was filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Susan E. Ellingstad
> seellingstad@locklaw.com
>
> Robert I. Harwood
> rharwood@whesq.com
>
> Lynn R. Faris
> lfaris@leonardcarder.com
>
> Peter J. Agostino
> agostino@aaklaw.com
>
> Peter W. Overs, Jr.
> povers@whesq.com

       The undersigned further certifies that a copy of the foregoing was mailed by United States Postal Service to the following non-CM/ECF participant:

> Brian R Morris
> 59 Damonte Ranch Pky # B-221
> Reno, NV 89521
> 775-323-2800

By: /s/ Chris A. Hollinger