UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEDEX GROUND PACKAGE SYSTEM,
INC., EMPLOYMENT PRACTICES LITIGATION
(NO. II)                                                                                                MDL No. 1700

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Indiana.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Indiana with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Jeffery Lüthi*

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 07, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By K. Cathe
DEPUTY CLERK
Date 7/27/2011

IN RE: FEDEX GROUND PACKAGE SYSTEM,
INC., EMPLOYMENT PRACTICES LITIGATION
(NO. II)

MDL No. 1700

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | CASE CAPTION |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | |
| INN | 3 | 07-00191 | ALN | 5 | 07-00392 | Bruce Edwin Gentle, et al. v. FedEx Ground Package System, Inc., et al. Opposed 3/7/11 |
| INN | 3 | 06-00209 | ARE | 4 | 06-00175 | David Harris v. FedEx Ground Package System, Inc. Opposed 3/7/11 |
| INN | 3 | 08-00052 | CAC | 2 | 07-08123 | Ricardo Huerta v. FedEx Ground, et al. Opposed 3/7/11 |
| INN | 3 | 05-00528 | CAN | 3 | 05-00038 | Dean Alexander, et al. v. FedEx Ground Package System, Inc., et al. Opposed 3/7/11 |
| INN | 3 | 06-00429 | CAN | 5 | 06-02393 | Jeremiah Pedrazzi v. FedEx Corp., et al. Opposed 3/7/11 |
| INN | 3 | 05-00664 | FLM | 8 | 05-01380 | Donald E. Carlson, et al. v. FedEx Ground Package Systems, Inc. Opposed 3/7/11 |
| INN | 3 | 09-00356 | FLS | 9 | 09-80729 | Scott Ward, et al. v. FedEx Ground Package System, Inc. Opposed 3/7/11 |
| INN | 3 | 05-00652 | IAS | 4 | 05-00477 | Tim Johnson v. FedEx Ground System, Inc., et al. |
| INN | 3 | 05-00666 | KYW | 3 | 05-00522 | Charlie Bertram, et al. v. Federal Express Corp., et al. Opposed 3/7/11 |
| INN | 3 | 07-00325 | MA | 1 | 07-10876 | Genaro Vargas v. FedEx Ground Package System, Inc., et al. |
| INN | 3 | 05-00534 | NH | 1 | 05-00145 | Robert Gennell, Jr., et al. v. FedEx Corp., et al. Opposed 3/7/11 |
| INN | 3 | 07-00327 | NJ | 1 | 07-02574 | Richard Farrell v. FedEx Ground Package System, Inc. |
| INN | 3 | 09-00002 | NJ | 1 | 08-03914 | Michael Tofaute v. FedEx Ground Package Systems, Inc. |
| INN | 3 | 05-00535 | NJ | 2 | 02-05352 | Jessie Capers, et al. v. FedEx Ground, et al. |
| INN | 3 | 07-00120 | NV | 2 | 07-00098 | Michael Decesare, et al. v. FedEx Ground Package System, Inc. |
| INN | 3 | 08-00520 | NV | 3 | 08-00234 | Rob Campbell v. FedEx Ground Package Systems, Inc. |
| INN | 3 | 05-00537 | NYE | 1 | 04-04935 | Curtis Johnson, et al. v. FedEx Home Delivery, et al. |
| INN | 3 | 06-00801 | OHN | 1 | 06-01632 | Walter Wallace v. FedEx Ground Package System, Inc., et al. Opposed 3/7/11 |
| INN | 3 | 05-00596 | OR | 3 | 05-01127 | Edward Slayman v. FedEx Ground Package System, Inc. Opposed 3/7/11 |
| INN | 3 | 07-00328 | OR | 3 | 07-00818 | Jon Leighter, et al. v. FedEx Ground Package System, Inc. Opposed 3/7/11 |
| INN | 3 | 09-00003 | PAE | 2 | 08-05414 | David Mitchell v. FedEx Ground Package Systems, Inc. |
| INN | 3 | 06-00802 | TXE | 2 | 06-00263 | |

James Larry Price v. FedEx Ground Package System, Inc., et al.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Stephen R. Ludwig, Clerk

www.innd.uscourts.gov

July 27, 2011

Clerk, U.S. District Court
District of Nevada
400 South Virginia Street, Room 301
Reno, NV 89501-2193

> IN RE: FEDEX GROUND PACKAGE SYSTEM, INC. EMPLOYMENT
> PRACTICES LITIGATION (NO. II) MDL NO. 1700
> USDC Northern Indiana Case No. 3:05-MD-527
> 1) Rob Campbell v. FedEx Ground Package System, Inc.
>    Your Case No. 3:08-CV-234

Dear Clerk:

On March 7, 2011, the above referenced case was ordered remanded back to your district from the above referenced MDL No. 1700 pursuant to the enclosed Order Lifting Stay of Conditional Remand Order entered by the Judicial Panel on Multidistrict Litigation. Pursuant to that order, the parties have filed their Stipulation(s) of Record to be Transferred to Transferor Court.

Enclosed is a compact disc upon which you will find the entire MDL docket (3:05md527), the above mentioned Stipulation of Record to be Transferred to Transferor Court, and all documents addressed in said Stipulation.

If you have any questions in this regard, please do not hesitate to contact me.

Thank you.

>    Kimberly S. Cather, Deputy Clerk
>    574-246-8012
>    kimberly_cather@innd.uscourts.gov

Reply to South Bend Office

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273