

PATRICK H. HICKS, ESQ., Bar # 004632
RICK D. ROSKELLEY, ESQ., Bar # 3192
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           JAN - 4 2012

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROB CAMPBELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. 03:08-CV-00234-LRH-VPC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT'S TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT |

Plaintiff Rob Campbell ("Plaintiff") and Defendants FedEx Ground Package Systems, Inc. ("Defendants"), by and through their attorneys of record, stipulate that Defendants have an additional fourteen (14) days to file an opposition to Plaintiff's Motion to Amend Complaint. Defendants are to file their opposition on or before January 13, 2012.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first extension of Defendants' time to respond to Plaintiff's Motion to Amend Complaint and is made by stipulation of the parties.

Dated: December 29, 2011

Respectfully submitted,

/s/ Brian R. Morris, Esq.
BRIAN R. MORRIS, ESQ.

Attorney for Plaintiff

Dated: December 29, 2011

Respectfully submitted,

/s/ Wendy M. Krincek, Esq.
PATRICK H. HICKS, ESQ.
RICK D. ROSKELLEY, ESQ.
WENDY MEDURA KRINCEK, ESQ.
LITTLER MENDELSON

Attorneys for Defendant

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: January 3, 2012

Firmwide:105763812.1 051821.1015

2.