

PATRICK H. HICKS, ESQ., Bar # 004632
RICK D. ROSKELLEY, ESQ., Bar # 3192
WENDY MEDURA KRINCEK, Bar # 6417
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:      702.862.8811

Attorneys for Defendant

| _____ FILED | _____ RECEIVED |
| _____ ENTERED | _____ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

**JAN - 4 2012**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROB CAMPBELL,<br><br>                Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE<br>SYSTEMS, INC.,<br><br>                Defendant. | Case No. 03:08-CV-00234-LRH-VPC<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME FOR<br>DEFENDANT'S TO FILE OPPOSITION TO<br>PLAINTIFF'S MOTION TO AMEND<br>COMPLAINT |

        Plaintiff Rob Campbell ("Plaintiff") and Defendants FedEx Ground Package Systems, Inc. ("Defendants"), by and through their attorneys of record, stipulate that Defendants have an additional fourteen (14) days to file an opposition to Plaintiff's Motion to Amend Complaint.  Defendants are to file their opposition on or before January 13, 2012.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1    This is the first extension of Defendants' time to respond to Plaintiff's Motion to

2  Amend Complaint and is made by stipulation of the parties.

3

4  Dated: December 29, 2011              Dated: December 29, 2011

5  Respectfully submitted,              Respectfully submitted,

6

7  /s/ Brian R. Morris, Esq.            /s/ Wendy M. Krincek, Esq.
   BRIAN R. MORRIS, ESQ.                PATRICK H. HICKS, ESQ.

8                                       RICK D. ROSKELLEY, ESQ.
   Attorney for Plaintiff              WENDY MEDURA KRINCEK, ESQ.

9                                       LITTLER MENDELSON

10                                      Attorneys for Defendant

11

12                                      IT IS SO ORDERED

13

                                        U.S. MAGISTRATE JUDGE
14

15                                      DATED: January 3, 2012

16  Firmwide:105763812.1 051821.1015

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800                                2.