UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROB CAMPBELL,<br><br>   Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC.,<br><br>   Defendant. | Case No. 03:08-CV-00234-LRH-VPC<br><br>STIPULATION AND ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE |

  Plaintiff, Rob Campbell and Defendant, FedEx Ground Package Systems, Inc. by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: February 15, 2012

Respectfully submitted,

/s/ Brian R. Morris, Esq.
BRIAN R. MORRIS, ESQ.

Attorney for Plaintiff

Dated: February 15, 2012

Respectfully submitted,

/s/ Wendy M. Krincek, Esq.
PATRICK H. HICKS, ESQ.
RICK D. ROSKELLEY, ESQ.
WENDY M. KRINCEK, ESQ.

Attorney for Defendant

**ORDER**

Dated this __17th__ day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2.